IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**ABEL J. DEDEAUX**                                                      **PLAINTIFF**

**v.**                                              **CIVIL ACTION NO. 1:24-cv-22-TBM-RPM**

**CITY OF BAY ST. LOUIS,** *in Hancock County, MS, et. al.*                                 **DEFENDANTS**

## FINAL JUDGMENT

For the reasons stated in the Order entered this same day, this civil action is DISMISSED without prejudice.

THIS, the 22nd day of May, 2024.

                                                        TAYLOR B. McNEEL
                                                   UNITED STATES DISTRICT JUDGE